MURRAY BEIN, Appellant, v. BENJAMIN B. SLATER et al., Doing Business under the Name of UNIVERSAL WIRE DIE Co., Respondents.— Determination of the Appellate Term affirmed, with $20 costs and disbursements to the respondents. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Untermyer, JJ., concur for affirmance upon the ground that the Appellate Term correctly held that the defense of cancelation was available to the defendants (*Scott* v. *Engineering News Publishing Co.*, 47 App. Div. 558; *Gilbert* v. *Quinlan,* 59 Hun 508, 511; *Worley* v. *Calculagraph Co.,* 87 Misc. 309; Note, 23 A. L. R. 451) and upon the further ground that the defense of the Statute of Frauds was likewise available to them (*Schuylkill Fuel Corp.* v. *Neiberg Realty Corp.,* 250 N. Y. 304, and cases there cited). Dore, J., concurs for affirmance upon the ground first stated; Martin, P. J., and Townley, J., dissent and vote to reverse the determination of the Appellate Term and the order of the City Court and grant the motion. [See *post,* p. 818.]

BERNARD FLAHERTY, Respondent, v. NICK F. HELMERS, INC., et al., Appellants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 994.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EASTMANTON CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [Consolidated Proceedings; 9–17 W. 35th St., 12–14 W. 36th St., Borough of Manhattan.] — Other than the land value for the tax year 1933, we deem that the findings of Special Term are sufficiently supported by the evidence. As to the year 1933, we hold that the proof requires a further reduction of the assessed value of the land to $470,000. As so modified the order appealed from is affirmed, with $20 costs and disbursements to relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH B. LOWENSTEIN, Respondent, v. NICK F. HELMERS, INC., et al., Appellants.— Determination unanimously modified by eliminating therefrom the provision for the payment of interest, and as so modified affirmed, without costs. (See *Brooklyn Sav. Bank* v. *O'Neil,* 324 U. S. 697.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DARLING STORES CORPORATION, as a Stockholder of WILLIAM BEATUS, INC., Respondent, v. WILLIAM BEATUS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.